### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEON FENDERSON,

      Petitioner,

v.

      Case No. 23-CV-03826-SPM

ANTHONY WILLS AND
MENARD HEALTH,

      Respondents.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of

December 5, 2023 (Doc. 4), this action is **DISMISSED without prejudice**.

**DATED: December 5, 2023**

          **MONICA A. STUMP,**
          **Clerk of Court**


          **By:** *s/ Jackie Muckensturm*
                **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
            **STEPHEN P. MCGLYNN**
            **U.S. District Judge**